IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| PAULO SEBERINO RAMIREZ LOPEZ, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 1:26-cv-02186 (AJT-WEF) |
| | ) | |
| RUSSELL HOTT, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

Petitioner Paulo Seberino Ramirez Lopez ("Petitioner") has filed a Petition for Writ of Habeas Corpus ("Petition") pursuant to 28 U.S.C. § 2241 alleging that he is being unlawfully detained at the Immigration and Customs Enforcement field office in Norfolk, Virginia. [Doc. No. 1]. It appearing to this Court that the factual circumstances and legal issues presented in this Petition are materially identical to those presented in other recently filed and adjudicated habeas petitions addressing the propriety of mandatory detention pursuant to 8 U.S.C. § 1225(b)(2), it is hereby

**ORDERED** that the Respondents and any of Respondents' officers, agents, servants, employees, and attorneys, as well as other person acting in concert with them be, and the same hereby are, **ENJOINED** from removing the Petitioner from this judicial district pending further order of the Court; and it is further

**ORDERED** that on or before 5:00 PM on July 24, 2026, the Respondents file either (a) a Notice indicating that the factual and legal issues presented in this Petition do not differ in any material fashion from those presented in *Hernandez v. Crawford,* No. 1:25-CV-01565-AJT-WBP, 2025 WL 2940702 (E.D. Va. Oct. 16, 2025) or the other opinions of this Court cited therein; or

(b) an Opposition to the Petition discussing the material differences between *Hernandez* and this Petition; and it is further

**ORDERED** that if the Respondents file a Notice that there are no material differences between this Petition and *Hernandez*, each of the substantive filings in that habeas proceeding will be incorporated into this habeas proceeding, and this Court will issue a ruling without further filings from the parties; and it is further

**ORDERED** that if the Respondents file an Opposition to the Petition, Petitioner shall file any Reply in further support of the Petition on or before 5:00 PM on July 30, 2026.

The Clerk is directed to forward a copy of this Order to counsel of record and to Dennis Barghaan, Chief of the Civil Division of the U.S. Attorney's Office for the Eastern District of Virginia.

/s/
Anthony J. Trenga
United States District Judge

July 21, 2026
Alexandria, Virginia